AO 91 (Rev. 02/09)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

United States of America
v.

STANLEY R. MACKINNON

*Defendant*

Case No. 10-895-MBB

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date of 08/07/2009 in the county of Essex in the _____ District of Massachusetts, the defendant violated Title 18 U. S. C. § 2252(a)(4)(B), an offense described as follows:

Knowingly possessing matter which contains visual depictions of minors engaging in sexually explicit conduct.

This criminal complaint is based on these facts:

See Affidavit of Postal Inspector Scott W. Kelley, attached hereto.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Postal Inspector Scott W. Kelley
*Printed name and title*

Sworn to before me and signed in my presence.

Date: April 08, 2010 @ 2:30pm.

_____
*Judge's signature*

City and state: Boston, Massachusetts

US Magistrate Judge Marianne B. Bowler
*Printed name and title*

## AFFIDAVIT

I, Scott W. Kelley, being duly sworn, depose and state the following:

1. I am a Postal Inspector with the United States Postal Inspection Service (USPIS), having been appointed to this position in June 2007. I am currently assigned to the Boston Division and I am responsible for the investigation of various crimes relating to the United States Mail. Prior to my appointment as a Postal Inspector, I was a Special Agent with the Naval Criminal Investigative Service (NCIS) for approximately one year and I was responsible for investigations in the interest of the United States Navy and Marine Corp. Prior to my NCIS employment, I was a Postal Inspector with USPIS between approximately September 2003 and June 2006. I have attended training at the Federal Law Enforcement Training Center (FLETC) in Glynco, GA and have completed Basic Inspector Training (BIT) in Potomac, MD. I have received training in the investigation of crimes involving the sexual exploitation of children by attending numerous seminars and courses. I have investigated child pornography cases and related sexual offenses for approximately 5 years.

2. This affidavit is submitted in support of a criminal complaint charging STANLEY R. MACKINNON, of 75 Keeley Street, Haverhill, Massachusetts, with knowingly possessing matter which contains visual depictions of minors engaging in sexually explicit conduct, in violation of Title 18, United States Code, Section 2252(a)(4)(B).

3. The information set forth in this affidavit is based on an investigation conducted by this affiant and other law enforcement agents. This affidavit does not contain every fact known to me with respect to this investigation. Rather, it contains those facts that I believe to be necessary to establish probable cause for the crime charged in the complaint.

### Relevant Statutes

4. Title 18, United States Code, Section 2252(a)(4)(B), makes it illegal for any person to knowingly possess, or knowingly access with intent to view, one or more books, magazines, periodicals, films, video tapes, or other matter which contain any visual depiction that has been mailed, or has been shipped or transported using any means or facility of interstate or foreign commerce or in or affecting interstate or

foreign commerce, or which was produced using materials which have been mailed or so shipped or transported, by any means including by computer, if the producing of such visual depiction involved the use of a minor engaging in sexually explicit conduct and such visual depiction is of such conduct.

5. For purposes of this affidavit, any individual below the age of 18 will be referred to as a "child" or "minor," and any visual depiction of a child or minor engaging in "sexually explicit conduct," as that term is defined in Title 18, United States Code, Section 2256(2)(A), will be referred to as "child pornography."

### Facts of the Investigation

6. The USPIS executed an undercover operation (hereafter, the "Undercover Operation") in which it mailed flyers from a fictitious company offering catalogs of child pornography movies. If a target responded to the flyer, USPIS mailed the requested catalogs of available child pornography movies and an order form to the target.

7. On or about May 14, 2009, the Undercover Operation mailed a flyer offering catalogs of child pornography movies to Stanley MacKinnon, 75 Keeley Street, Haverhill, MA 01830. On or about May 29, 2009, via U.S. Mail, the Undercover Operation received an envelope addressed to the Undercover Operation's company. The outside of the envelope contained the name and return address of S.R. MacKinnon, 75 Keeley St., Haverhill, MA 01830. The envelope had been postmarked in Middlesex-Essex MA on May 20, 2009. The envelope contained a completed child pornography catalog request form. An individual using the name Stanley R. MacKinnon indicated that he wanted to receive two catalogs, which were described as being hardcore. The following information in quotation marks was hand-printed on the catalog request form:

    NAME:   "Stanley R. MacKinnon"
    EMAIL ADDRESS:   "None"
    MAILING ADDRESS:   "75 Keeley St., Haverhill, MA 01830"

The following was hand-printed on the catalog request form: "please include pricing and shipping and method of payment. Thanx".

8. On or about May 29, 2009, in response to MacKinnon's request, the Undercover Operation mailed a letter containing the

requested child pornography catalogs, a flyer offering free previews, and an order form to Stanley R. MacKinnon at 75 Keeley St., Haverhill, MA 01830.

9. On or about June 18, 2009, the Undercover Operation received a completed order form for five DVDs and a TD Banknorth Money Order for $272.75, made payable to the name of the Undercover Operation's company. The order form was from S.R. MacKinnon, 75 Keeley Street, Haverhill, MA 01830 and the five DVDs ordered by MacKinnon were described as follows in the Undercover Operation's catalogs:

Climax Boys: DVD-LF# 304
This movie has 2 young boys about 10 to 12 years old. They are on the bed looking at a gay porn magazine jacking each other off when all of a sudden an older boy joins in. This tape features lots of jerking off and dick sucking. Again EXCELLENT QUALITY. Also no doubt as to the ages of these boys!! (33 minutes)

Skinny Dippin': DVD-LF# 114
13 year old Dietrich and 12 year old Daniel take off for an afternoon of fun exploring the woods on foot. After a short hike, they meet up with Oskar who is taking a bath in spring. When Oskar spots the boys watching him, he invites them to join him for a dip. The boys hastily take off their clothes and join in on the fun. The three play tag in the water for a short while, however when Oskar "accidentally" tags Daniel's little dick, the real fun begins. The boys then decide to jerk each other off. The three then leave the water to lie on the bank and soak up some sun. See all three dry each other off and dress each other. Run Time: 40 minutes.

Hide in Seek: DVD-LF# 102
A beautiful sunny day and Oskar and his two friends, 13 year old Dietrich and 11 year old Max take a walk through the woods. As the young boys explore the splendor of the woods, they get hot and sticky and take off their clothes. The boys find a lake and decide to go skinny dipping. The young boys frolic and swim in lake. All the boys take turns drying off each other. Max and Dietrich start jacking each other off, while Oskar watches. Experience the freedom of young love and an afternoon spent with Oskar and his friends. Run Time: 36 minutes.

Country Buddies: DVD-LF# 111

Oskar and his best pal 12 year old, Daniel are enjoying a day in the country. They happen to find a creek and began to splash each other until they are soaking wet. They take off their clothes to dry in the hot sun. Daniel and Oskar begin to explore each other's bodies. Oskar notices that Daniel is getting hair on his sac. Daniel gives Oskar a blowjob with an exploding outcum. Great cum shots. Run Time: 32 minutes.

<u>Swim Lesson: DVD-LF# 105</u>
It's a hot muggy day at the pool and Oskar, 12 year old Daniel and 10 year old Michael are all wearing their Speedos. Oskar is teaching Michael and Daniel how to do the back stroke. They decide to go skinny dipping in the pool. They all get on a raft and try to push each other of it. After they dry off, Oskar shows Daniel and Michael how to whack off. Watch Daniel and Michael explode with pleasure all over Oskar. Run Time: 31 minutes.

    10.  Inspector Richard Tracy placed DVDs called "Climax Boys", "Skinny Dippin'", "Hide in Seek", "Country Buddies" and "Swim Lesson" in a padded envelope and addressed the package to S.R. MacKinnon, 75 Keeley St., Haverhill, MA 01830.  The package had $5.04 in postage and the return address reflected the name of the Undercover Operation's company.  On or about August 6, 2009, Inspector Tracy attempted delivery of this package to 75 Keeley Street, Haverhill, MA, but it appeared that nobody was at home.  Inspector Tracy left a notice at the home, which stated that the package was at the Haverhill Post Office for his pickup.

    11.  On August 7, 2009, Inspector Tracy witnessed STANLEY MACKINNON enter the Post Office in Haverhill, MA, and take possession of the aforementioned package.  Approximately 2-3 minutes after MACKINNON took possession of the package, Inspector Tracy and detectives from the Haverhill Police Department approached MACKINNON on the sidewalk area near the Post Office.  MACKINNON was placed under arrest by the Haverhill Police Department and transported to the Haverhill Police Department.

    12.  At the Haverhill Police Department, MACKINNON was advised of his Miranda rights, signed a Miranda Warning form, and agreed to be interviewed.  Haverhill detectives and Inspector Tracy conducted the interview.  MACKINNON admitted that he ordered the DVDs described in paragraph 9 above, and said that he knew these movies were "questionable" and that he

was "taking a chance". MACKINNON said that he likes to look at nude, teen boys touching and pleasuring themselves, and admitted to using several different outlets to purchase magazines, still photography, and movies.

13. MACKINNON further admitted to taking Polaroid pictures of several 14 to 15 year old boys, whom he identified, at his home in the 80's. MACKINNON stated that he was "intimate" with the boys and occasionally, the boys were intimate with each other. MACKINNON said that all of his personal things were in his room, and if the Polaroid pictures were in anything, they were most likely in a manila envelope in a stack of books in his room.

14. During the interview, MACKINNON executed a form consenting to a search of his residence at 75 Keeley Street. In addition, after the interview, a state search warrant was obtained for the same location. On the afternoon of August 7, 2009, the search warrant was executed at 75 Keeley Street and MACKINNON was present. MACKINNON directed the officers to his bedroom on the second floor and pointed to a shelf near the door. MACKINNON stated that the Polaroid photographs that he took of the boys were in a manila envelope that he pointed to on the shelf. The manila envelope was opened and approximately 36 photographs were found. I have reviewed these photographs and based on my training and experience, I believe that some of the photographs constitute child pornography and specifically, they depict nude, teenage minor boys engaging in sexual intercourse (oral-genital) on a bed. A copy of these images will be provided for the Court's review with this affidavit.

15. Some of the photographs had the name "Polaroid" imprinted on the back. Based on an interview with Polaroid's former Director of Manufacturing and Chemical Operations, I learned that many of the component parts and materials used to assemble Polaroid film were produced or manufactured outside the Commonwealth of Massachusetts.

16. In MACKINNON's bedroom on a shelf, approximately twelve (12) magazines or publications that contained child pornography also were found. I reviewed a publication named "piccolo", numbered "nr9", which contains a black and white photograph that depicts two prepubescent, partially nude minor boys engaging in sexual intercourse (oral-genital). A copy of this image will be provided for the Court's review with this affidavit. On the front cover of this publication, the phrase "Produced by Copenhagen" is stated and on the inside front

cover, the phrase "Printed in Denmark" is stated. I reviewed another publication also named "piccolo," which was unnumbered. The publication cover is blue, the word "piccolo" is in pink lettering, and the following phrases are in yellow lettering: "boys at 11", "boys at 12", "boys at 13", "boys at 14", "boys at 15", and "boys at 16". This publication contained a black and white photograph depicting a prepubescent, partially nude, minor boy engaging in masturbation, and a black and white photograph depicting two prepubescent, nude minor boys engaging in sexual intercourse (oral-genital). A copy of these images will be provided for the Court's review with this affidavit. On the back cover, there is text in a foreign language, which appears to be in German based upon a Google on-line translation tool, including the following:

> "*Auslieferung:*
> COQ Trading Co.
> DK-1364 Kopenhagen K
> Norre Farimagsgade 65-67
> Danemark
> Tel.: (01) 12 45 11"

Using a Google on-line translation tool, I have determined that some of the meanings for the German word "auslieferung" include "delivery" or "handing over."

### Conclusion

17. Based on the foregoing facts, there is probable cause to believe that on or about August 7, 2009, STANLEY R. MACKINNON knowingly possessed matter, which contained visual depictions of minors engaging in sexually explicit conduct in violation of Title 18, United States Code, Section 2252(a)(4)(B).

Signed under the pains and penalties of perjury.

*[signature]*
Scott W. Kelley
U.S. Postal Inspector

Sworn to and subscribed before me on April 28, 2010

*[signature]* Marianne B. Bowler, USMJ
Honorable Marianne B. Bowler
United States Magistrate Judge

I have reviewed the files referenced in paragraphs 14 and 16 above, and I find probable cause to believe they depict minors engaging in sexually explicit conduct. The United States Attorney's Office shall preserve the images provided to the Court, for the duration of the pendency of this matter, including any relevant appeal process.

*Marianne B. Bowler, USMJ*
Marianne B. Bowler
United States Magistrate Judge

✎JS 45  (5/97) - (Revised USAO MA 11/15/05)  Page 2 of 2 or Reverse

**District Court Case Number** (To be filled in by deputy clerk): _____

**Name of Defendant**     Stanley R. MacKinnon

## U.S.C. Citations

| | Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|---|
| Set 1 | 18 U.S.C. § 2252(a)(4)(B) | Possession of child pornography | 1 |
| Set 2 | | | |
| Set 3 | | | |
| Set 4 | | | |
| Set 5 | | | |
| Set 6 | | | |
| Set 7 | | | |
| Set 8 | | | |
| Set 9 | | | |
| Set 10 | | | |
| Set 11 | | | |
| Set 12 | | | |
| Set 13 | | | |
| Set 14 | | | |
| Set 15 | | | |

**ADDITIONAL INFORMATION:**

✎JS 45  (5/97) - (Revised USAO MA 11/15/05)

**Criminal Case Cover Sheet**             **U.S. District Court - District of Massachusetts**

Place of Offense: __Haverill, MA__    Category No. __II__      Investigating Agency __USPIS__

City __Haverhill__                    Related Case Information:

County __Essex__                      Superseding Ind./ Inf. _____  Case No. _____
                                      Same Defendant _____  New Defendant __X__
                                      Magistrate Judge Case Number _____
                                      Search Warrant Case Number __09-849-MBB__
                                      R 20/R 40 from District of _____

**Defendant Information:**

Defendant Name  __Stanley R. MacKinnon__                Juvenile  ☐ Yes  ☒ No

Alias Name _____

Address _____

Birth date (Year only): __1945__  SSN (last 4 #): __6891__  Sex __M__  Race: __White__   Nationality _____

Defense Counsel if known: _____        Address: _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA  __Michael I. Yoon; Trial Attorney Bonnie Kane__   Bar Number if applicable _____

Interpreter:  ☐ Yes  ☒ No      List language and/or dialect: _____

Victims:  ☒ Yes  ☐ No    If Yes, are there multiple crime victims under 18 U.S.C. §3771(d)(2)  ☐ Yes  ☒ No

Matter to be SEALED:  ☒ Yes  ☐ No

☒ Warrant Requested           ☐ Regular Process           ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as _____ in _____ .
☐ Already in State Custody _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:  Ordered by _____ on _____

Charging Document:     ☒ Complaint      ☐ Information      ☐ Indictment
Total # of Counts:     ☐ Petty _____   ☐ Misdemeanor _____   ☒ Felony __1__

Continue on Page 2 for Entry of U.S.C. Citations

☒  I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date: __April 28, 2010__        Signature of AUSA: _Michael Yoon_